AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>Robert S. Goodwin | COMMITMENT TO ANOTHER DISTRICT<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 3-08-70773 BZ | CR 02-202(003_ | Northern District of California | Southern District of Ohio |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
X Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of   21   U.S.C. §   841(a)(1), etc.

**DISTRICT OF OFFENSE**
Southern District of Ohio, Eastern Division

**DESCRIPTION OF CHARGES:**

Manufacturing, Distributing, Dispensing, or Pessessing with Intent to Distribute a Controlled Substance (21 U.S.C. sec. 841(a)(1)); Manufacturing, Possessing with Intent to Distribute Over 1000 Kilograms of Marijuana, a Schedule I controlled substance (21 U.S.C. sec. 841(b)(1)(A)(vii)), etc.

**CURRENT BOND STATUS:**

x  Bail fixed at   100,000.00 (unsecured)   and defendant is released on bond
☐  Government moved for detention and defendant detained after hearing in District of Arrest
☐  Government moved for detention and defendant detained pending detention hearing in District of Offense
☐  Other (specify)
Bond, if any, shall be transferred to the District of Offense

**Representation:**  ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

Defendant shall appear on 12/3/08 before Duty Magistrate Judge in the Southern District of Ohio Eastern Division

13 Nov 08
Date

_(signature)_
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |